**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| NANCY J. CLINE, Personal Representative of THE ESTATE OF GLEN H. CLINE, JR., Deceased, et al | * |
| | * |
| | * |
| Plaintiffs | * |
| | * |
| v. | CASE NUMBER: JFM-03-CV-529 |
| | * |
| JOHN JAMES CHRISTY And | * |
| AGAPE HARVESTER CHURCH, INC. | * |
| | * |
| Defendants | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

DEFENDANTS, JOHN JAMES CHRISTY AND
AGAPE HARVESTER CHURCH, INC.'S, DISCLOSURE
OF AFFILIATIONS AND FINANCIAL INTEREST

John James Christy and Agape Harvester Church, Inc., Defendants, by their attorney, Lawrence E. Ballantine, hereby provide their disclosure of affiliations and financial interests:

1.  Pursuant to Local Rule 103.3(a), Defendants state none.

2.  Pursuant to Local Rule 103.3(b), Defendants state they are insured by State Farm Mutual Automobile Insurance Company, which is located at One State Farm Plaza, Bloomington, Illinois.

_____
LAWRENCE E. BALLANTINE
Trial Bar No. 01948
Attorney for Defendant
1 W. Pennsylvania Ave., Ste. 500
Towson, Maryland  21204-5025
(410) 832-8012

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY, That on this 12th day of March, 2003, a copy of the aforegoing Defendants, Todd X. Hocherl, Daryl L. Louder and Shavonne Louder's Disclosure of Affiliations and Financial Interests, was mailed, postage prepaid, to **Leonard A. Orman, P.A.**, 26 South Street, Baltimore, Maryland 21202; **Timothy R. Freel**, **Esquire**, Freel & Freel, P.C., 231 Newman Street, East Tawas, Michigan 48730, and **Elliot N. Lewis, Esquire**, Elliot N. Lewis, P.A., 1 East Lexington Street, Suite 201, Baltimore, Maryland 21202, Attorneys for Plaintiffs.

_____
LAWRENCE E. BALLANTINE

LEB/dmt