**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| NANCY J. CLINE, Personal Representative of THE ESTATE OF GLEN H. CLINE, JR., Deceased, et al | * <br> * <br> * <br> * |
| Plaintiffs | * |
| v. | CASE NUMBER: JFM-03-CV-529 |
| | * |
| JOHN JAMES CHRISTY <br> And <br> AGAPE HARVESTER CHURCH, INC. | * <br> * |
| Defendants | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>NOTICE</u>

All attorneys and staff of the law firm of H. Barritt Peterson, Jr. & Associates are employees of the Corporate Law Department of State Farm Mutual Automobile Insurance Company.

Respectfully submitted,

H. BARRITT PETERSON, JR. & ASSOC.

_____
LAWRENCE E. BALLANTINE
Trial Bar No. 01948
Attorney for Defendant
1 W. Pennsylvania Ave., Ste. 500
Towson, Maryland  21204-5025
(410) 832-8012