```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MARYLAND
```

NANCY J. CLINE, Personal            *
Representative of THE ESTATE OF
GLEN H. CLINE, JR., Deceased, et    *
al
                                    *
    Plaintiffs
                                    *
v.                                      CASE NUMBER: JFM-03-CV-529
                                    *
JOHN JAMES CHRISTY
And                                 *
AGAPE HARVESTER CHURCH, INC.
                                    *
    Defendants

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

                          NOTICE OF FILING

I HEREBY CERTIFY, That on this 12th day of March, 2003, Interrogatories were mailed, postage prepaid, to **Leonard A. Orman, P.A.**, 26 South Street, Baltimore, Maryland 21202; **Timothy R. Freel, Esquire**, Freel & Freel, P.C., 231 Newman Street, East Tawas, Michigan 48730, and **Elliot N. Lewis, Esquire**, Elliot N. Lewis, P.A., 1 East Lexington Street, Suite 201, Baltimore, Maryland 21202, Attorneys for Plaintiffs.  The original is being maintained in the office the Defendants' attorney and will be made available for filing with the Court when and if required by Federal Rules of Civil Procedure.

```
                          _____
                          LAWRENCE E. BALLANTINE
                          Trial Bar No. 01948
                          Attorney for Defendants
                          1 W. Pennsylvania Ave., Ste. 500
                          Towson, Maryland  21204-5025
                          (410) 832-8012
```