ORIGINAL

$50 FEE PAID
# 1193223
___ FEE NOT PAID
(SEND LETTER)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

___FILED ___ENTERED
___LODGED ___RECEIVED

MAR 2 1 2003

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                              DEPUTY

Cline, et al  *
_____
            Plaintiff(s)    *

vs.                         *           Case No.: JFM-03-CV-529

Christy, et al              *
_____
            Defendant(s)    *

******

___FILED ___ENTERED
___LODGED ___RECEIVED

MAR 2 5 2003

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                              DEPUTY

**MOTION FOR ADMISSION *PRO HAC VICE***

I, __Elliot Lewis_____, am a member in good standing of the bar of this Court. My bar number is __23596_____. I am moving the admission of __Timothy R. Freel_____ to appear *pro hac vice* in this case as counsel for __Plaintiffs Nancy J. Cline and Josh H. Cline_____

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
| --- | --- |
| Michigan - State | November 1994 |
| Maryland - State | June 1995 |
| Michigan - U.S. District | November 1996 |
|  |  |
|  |  |
|  |  |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.  The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.  The proposed admittee understands admission pro hac vice is for this case only does not constitute formal admission to the bar of this Court.

6.  Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.  **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| Signature | Signature |
| Elliot N. Lewis, Esquire | Timothy R. Freel, Esquire |
| Printed Name | Printed Name |
| ELLIOT N. LEWIS, P.A. | FREEL & FREEL, P.C. |
| Firm | Firm |
| 26 South Street, Baltimore, MD 21202 | 231 Newman Street, East Tawas, MI 48730 |
| Address | Address |
| (410) 962-0400 | (989) 362-3443 |
| Telephone Number | Telephone Number |
| (410) 385-3101 | (989) 362-4031 |
| Fax Number | Fax Number |

## ORDER

☐ GRANTED    ☐ DENIED

_____      _____
Date                         United States District Judge