**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

March 25, 2003

Timothy R. Freel, Esq.
Freel & Freel
231 Newman Street
East Tawas, MI 48730

Elliot N. Lewis, Esq.
Elliot N. Lewis, P.A.
26 South Street
Baltimore, MD 21202

Dear Mr. Freel and Mr. Lewis:

    I have reviewed the Motion For Admission Pro Hac Vice filed by Mr. Lewis on Mr. Freel's behalf. I note from the face of the motion that Mr. Freel is a member of the Maryland bar. Under Local Rule 101.b members of the Maryland bar may not be admitted *pro hac vice.*

Very truly yours,

/s/

J. Frederick Motz
United States District Judge