IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

NANCY J. CLINE, et al.

      Plaintiffs

v.                            CASE NUMBER: JFM 03 CV 529

JOHN JAMES CHRISTY, et al.

      Defendants

MOTION FOR AMENDMENT OF COMPLAINT BY INTERLINEATION

Now come Plaintiffs by their attorneys and move to amend the Complaint by Interlineation for the following reasons:

1. The name of the deceased GLEN H. CLINE, JR., was mistakenly listed as GEORGE H. CLINE, JR. in paragraphs 8, 9, 10, 11, 12, 13, 15, 18 19, 21, 22, 23, 25, 27, 29, 31 (a), (b), (c), (d) and 34 of the Complaint.

2. Plaintiffs desire to amend the complaint by interlineation by striking the word "GEORGE", where mistakenly indicated and inserting the name *GLEN" by interlineation in lieu thereof.

WHEREFORE, Plaintiffs move that the name GEORGE be stricken and the name GLEN be inserted thereof by interlineation in the paragraphs listed in the paragraphs  8, 9, 10, 11, 12, 13, 15, 18 19, 21, 22, 23, 25, 27, 29, 31 (a), (b), (c), (d) and 34 of the Complaint.

_____/s/_____

FREEL & FREEL, P.C.
By: Timothy R. FREEL
231 Newman Street
East Tawas. Michigan 48730
(989) 362-3443
Tim@freelpc.net


_____/s/_____

ELLIOTT N. LEWIS, P.A.
1 East Lexington Street, Suite 201
Baltimore, MD 21202
410-962-1442
fifilewis@msn.com
Federal Bar No. 23596
Attorneys for Plaintiffs, Nancy J. Cline and
Josh Cline

/s/
_____

LEONARD A. ORMAN, P.A.
26 South Street
Baltimore, MD 21202
410-962-0400
Lorman@triallaw.com
Federal Bar No.: 00069
Attorney for Plaintiffs, Timothy Cline,
Dorothy Cline, Brian Cline and Rick
Cline


## CERTIFICATE OF MAILING

I HEREBY CERTIFY that a copy of the foregoing was mailed this 5th day of March, 2003 to Lawrence E. Ballentine, Esq., One West Pennsylvania, Suite 500, Towson, MD 21204-5025, attorney for Defendants.

/s/
_____

Leonard A. Orman, P.A.

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND


NANCY J. CLINE, et al.

     Plaintiffs

v.                                CASE NUMBER: JFM 03 CV 529

JOHN JAMES CHRISTY, et al.

     Defendants


## ORDER AMENDING COMPLAINT BY INTERLINEATION

     After consideration of Plaintiffs Motion to Amend Complaint by Interlineation, it is this

     day of                , 2003

     ORDERED that the Motion is granted and the word "GEORGE" shall be deleted from paragraphs 8, 9, 10, 11, 12, 13, 15, 18 19, 21, 22, 23, 25, 27, 29, 31 (a), (b), (c), (d) and 34 of the Complaint and the word "GLEN" shall be inserted in lieu thereof by interlineation.


                                 _____

                                       JUDGE