IN THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NANCY J.CLINE, individually, and as Personal Representative of THE ESTATE OF GLEN H. CLINE, JR., Deceased, *et al*, | * |
| Plaintiffs, | * |
| v | *   Case No.: JFM-03-CV-529 |
| JOHN JAMES CHRISTY, *et al.*, | * |
| Defendants. | * |

NOTICE OF MAILING RULE 26(a) (9) DISCLOSURES FOR ALL PLAINTIFFS

We HEREBY CERTIFY that I, on this 19th day of June, 2003, we mailed a copy of Plaintiffs' Rule 26 (a)(9) disclosures to Larry Ballantine, Esq., attorney for Defendants Suite 500, One West Pennsylvania Avenue, Towson, MD 21204.

_____/s/_____
Leonard A. Orman, P.A.
26 South Street
Baltimore, MD 21202
410-962-0400
Attorney for Plaintiffs

_____/s_____
Timothy Freel
Elliot N. Lewis