## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

NANCY J. CLINE, Personal Representative of          *
THE ESTATE OF GLEN H. CLINE, JR.,
Deceased, et al                                    *

      Plaintiffs                                 *

v.                                                 *

                                        CASE NUMBER: JFM-03-CV-529

JOHN JAMES CHRISTY                                 *
And
AGAPE HARVESTER CHURCH, INC.                       *

      Defendants                                 *

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

### NOTICE OF FILING

      I hereby certify that on July 21, 2003, I served on **Leonard A. Orman, P.A.**, 26 South Street, Baltimore, Maryland 21202; **Timothy R. Freel, Esquire**, Freel & Freel, P.C., 231 Newman Street, East Tawas, Michigan 48730, and **Elliot N. Lewis, Esquire**, Elliot N. Lewis, P.A., 1 East Lexington Street, Suite 201, Baltimore, Maryland 21202, Attorneys for Plaintiffs, **Answers to Interrogatories**, and that I will retain the original of this document in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

_____
LAWRENCE E. BALLANTINE
Trial Bar No. 01948
Attorney for Defendants
1 W. Pennsylvania Ave., Ste. 500
Towson, Maryland  21204-5025
(410) 832-8012