August 6, 2003

Honorable J. Frederick Motz
United States District Judge
  for the District of Maryland
101 W. Lombard Street
Baltimore, MD 21202

    Re: Cline v. Christy
    Civil Action: No.: JFM-03-529

Dear Judge Motz:

I believe the time may now be ripe for this wrongful death case to be referred to one of the United States Magistrate Judges for settlement conference.

Thank you for your consideration.

    Respectfully yours,


    Leonard A. Orman, P.A.

LAO/ss
copies sent to other counsel electronically