## UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

August 12, 2003

Memo To Counsel Re: Cline v. Christy
Civil No. JFM-03-529

Dear Counsel:

I am in receipt of Mr. Orman's letter of August 6, 2003.

Please let me know on or before August 19, 2003 if other counsel agree that the time is now ripe for a settlement conference.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge