# H. BARRITT PETERSON, JR.
# & ASSOCIATES

### ATTORNEYS AT LAW

**Employees of The Corporate Law Department**
**State Farm Mutual Automobile Insurance Company**

One West Pennsylvania Avenue
Suite 500
Towson, Maryland 21204-5025

Telephone: 1-800-972-0850
(410) 832-8012
Facsimile: (410) 832-8080

H. Barritt Peterson, Jr.
Mary R. Cortezzo
Clifford A. Robinson
Joan I. Harris
Michael C. Michaud
Lawrence E. Ballantine
Charles A. Arcodia
Patrick A. Ferris
Lynn Zahurak Ahlers
Isaac S. Waranch
Mark H. Tilkin

Mark R. Brown
Anthony W. Thomas
Jake E. Zellweger
Matthew P. Woods
John W. Conrad III
Amy E. Payne
Maria J. Roussos
Kyle Blakeley
Elliott D. Petty

August 18, 2003

The Honorable J. Frederick Motz
United State District Judge
United States District Court
101 W. Lombard Street
Baltimore, Maryland 21201

Re:  <u>Cline v. Christy</u>
     Civil No. JFM-03-529

Dear Judge Motz:

Reference is made to your correspondence dated August 12, 2003 regarding a settlement conference in this matter.

Please be advised that a settlement conference is premature since Plaintiffs' depositions are not scheduled to take place until October 7, 2003.

Please feel free to contact me.

Very truly yours,

/s/

Lawrence E. Ballantine

LEB/dt

cc:  Timothy R. Freel, Esquire
     Leonard A. Orman, P.A.
     Elliot N. Lewis, Esquire

bcc:  Patricia Barnes (20-5229-522)

Timothy R. Freel, Esquire
8/18/2003
Page 2