**EXHIBIT 2**

Gregory M. Manning
Trial Testimony Log

| COURT | DATE | CASE | CASE # |
|---|---|---|---|
| Carroll County, MD | 8/14/03 | Estate of Knight v Allen | |
| Baltimore County, MD | 7/29/03 | State v. Steven McKissick | |
| Howard County, MD | 7/23/03 | Harleyville v Reip | |
| Montgomery County, MD | 5/20/03 | Murphy v Tamara | |
| Fulton County, PA | 2/12/03 | Jeffrey Carnell Collision | |
| **2002** | | | |
| Anne Arundel County | 10/16/02 | Kirkman v Hammond | |
| Circuit Court for Howard County, MD | 8/28/02 | Covington v. Lewis | 13-C-99-041899MT |
| Queen Anne County, MD | 7/11/02 | State v. Schauber | |
| Allegheny County, MD | 4/25/02 | Kovalcin Pedestrian Accident | |
| Monongalia County, WV | 2/28/02 | Tara Hull/Christina Layman | Arbitration |
| Marshall County, WV | 2/20/02 | State of WV v. Chaplin | |
| Circuit Court for Prince George's County, MD | 2/7/02 | Ronald Williamson, Jr. | |
| Circuit Court for Wicomico County | 1/30/02 | Ouellette v. Hab Nab Trucking | |
| **2001** | | | |
| District Court for Baltimore County, MD | 9/24/01 | Gray & Sons Collision | |
| Circuit Court for Berkeley County, WV | 8/15/01 | Donegan v. Vogt | 00-C-349 |
| Circuit Court for Howard County, MD | 3/15/01 | Yip v. BJ'S | |
| Circuit Court for Washington County, MD | 1/16/01 | *Marie-Megan Mabey, et al. v. Michele Stolter Gold | 21-C-99-8227MT |
| **2000** | | | |
| U.S. District Court, Northern District of MD | 1/11/0 | Michael G. McKitis, et al. v. Frank DeFazio, et al. | S-98-3027 |
| Circuit Court for Anne Arundel County, MD | 1/13/0 | Chari A. Tewell v. James R. Burkhart, II (new trial) | C-95-24319 MT |
| Circuit Court for Garrett County, MD | 7/13/0 | Delsignore v. Dillsworth | C-99-005988 MT |
| Circuit Court for Anne Arundel County, MD | 7/27/0 | Mieczyslaw Bienkowski v. Jonathan Paul Brooks | C1999-53256 MT |
| Circuit Court of Clarke County, VA | 7/28/0 | Monica Hoffman v. Robert B. Morrison | 97-2959 |
| Superior Court of NJ, Law Div., Camden County | 9/1/0 | Grace Lukaitis v. J. Spinelli & Sons, Inc. & G. Pihs | L-05782-97 |
| Circuit Court for Baltimore City, MD | 10/4/0 | State Farm Mutual, et al. v. Ronald Lee Lewis, et al. | 9828211/CC8962 |
| District Court of Maryland for Carroll County | 10/13/0 | State of Maryland v. Robert Keszler | W062811 |
| Court of Common Pleas of Montour County, PA | 10/23/0 | Fair v. Rambo & Smeltzer | 603-1997 |
| Superior Court of the District of Columbia | 5/8/0 | United States v. Camille A. Ferguson | F-8044-99 |
| Abritation Hearing | 5/3/0 | Pratta v. Pratta | N/A |
| District Court of Maryland for Baltimore County | 4/7/0 | Bruno Ind Mathias v. John Francis McGovern | 0018419-1999 |
| Circuit Court for Prince George's County, MD | 1/19/0 | Bryan Austin Lee v. Louise Cohee Milrod | CAL 97-18250 |

*Denotes Arbitration Hearing (v) Denotes Video Testimony

Page 1

Gregory M. Manning
Trial Testimony Log

| COURT | DATE | CASE | CASE # |
|---|---|---|---|
| Circuit Court for Baltimore County, MD | 11/22/00 | *Dillow v. Schroeder | 03-C-99-009397 |
| Court of Common Pleas Lebanon County, PA | 12/12/00 | *Bohr & Reed v. Wickner, Essex Sports Cars & Bu | 97-00801 |
| Circuit Court for Anne Arundel County, MD | 12/15/00 | Leber (Moriole) v. Severin | C-1997-42354 MT |
|  | 1999 |  |  |
| Arbitration Hearing | 2/1/99 | *Greaver v. Foster | N/A |
| Superior Court of the District of Columbia Civil Div. | 2/3/99 | Garray v. WMATA | 5288-97 |
| Court of Common Pleas of Montgomery County, MD | 3/16/99 | Justo R. Martinez v. Ronnie Ford | 183303 |
| Court of Common Pleas of Lycoming County, PA | 3/19/99 | *Weiss, et al. v. Conway, et al. | 96-02027 |
| Circuit Court for Prince George's County, MD | 4/8/99 | Nimely v. Lewis & East Star Bus Co., Inc. (v) | CAL 96-14170 |
| U.S. District Court, Eastern District of PA | 4/15/99 | *Ciamello v. Etonic Corporation | 98-CV 4950 |
| Court of Common Pleas, Wilmington, DE | 5/13/99 | State of Delaware v. Charles B. Smedley | 9812007162 |
| Court of Common Pleas of Montgomery County, MD | 5/17/99 | Michael K. Martin v. Yoshinobu Hara | 174408 |
| Court of Common Pleas of Prince George's County, PA | 6/1-2/99 | Radiah Alexis Rose v. Key Joon Kim | CAL97-20712 |
| Circuit Court for Howard County, MD | 6/15/99 | Brett J. Hardenstine v. James H. Thompson | 97-CA-33588 |
| Court of Common Pleas of Lycoming County, PA | 6/24/99 | Wasson v. McClintock | 91-00636 |
| Circuit Court for Baltimore County, MD | 8/17/99 | Collins Sr., v. Woolsey | 03-C-97-009862 |
| Circuit Court for Baltimore City, MD | 9/13/99 | *Bessie Brenda Joyce v. Allstate Insurance Co. | 98154117 |
| Circuit Court for Prince George's County, MD | 10/14/99 | *Douglas M. Smith v. Matthew Pohutsky | CAL9708322 |
| Circuit Court for Monongalia County, WV | 12/17/99 | Janet B. & Roger Rogers v. Linsdsay L. Sutton | 98-C-108 |
|  | 1998 |  |  |
| Circuit Court for Prince George's County, MD | 1/14/98 | Gregory S. Mercer v. William A. Thomas III | CAL 94-21066 |
| Circuit Court for Berkeley County, WV | 1/16/98 | *Phyllis & Jack Corbin v. Tuesday Stevens | 96-C-439 |
| Circuit Court for Charles County, MD | 1/27/98 | Estate of Mary Stewart v. James Matthews | 08-C-96001938 |
| Court of Common Pleas, Adams Co., PA Civil Div. | 1/28/98 | Hays v. Wolf | 92-S-1068 |
| Circuit Court for Baltimore County, MD | 3/10/98 | Morgan v. Skopp | 03-C-96-4243 |
| Court of Common Pleas, York County, PA | 4/1/98 | Evans & Vogelsong v. Puckett | 96-SU-04331-01 |
| Circuit Court for Anne Arundel County, MD | 4/2/98 | Chari A. Tewell v. James R. Burkhart, II | C-95-24319 MT |
| Circuit Court for Monongalia County, WV | 4/8/98 | Estate of Beth Wilson v. John D. Coulter | 96-C-289 |
| Circuit Court for Baltimore City, MD | 4/15/98 | Keith L. Martin v. George v. Krueger | 97021050/CL222489 |
| Circuit Court for Baltimore City, MD | 4/22-23/98 | Shane Patrick Hall v. Allstate Ins. Co. | 96218036/CL215629 |
| District Court for Baltimore County, MD | 5/5/98 | State of Maryland v. Joseph R. Buckley | 0T500587 |
| Circuit Court for Montgomery County, MD | 6/30/98 | McCroddan v. Reluzco | CA 131295-V |
| Circuit Court for Anne Arundel County, MD | 8/4/98 | Piquette v. T.M. Branzell & Sons, Inc. | C-96-28695 |
| Circuit Court for Montgomery County, MD | 8/4/98 | Talisman, et al. v. Coleman | CA 168939 |
| Circuit Court for Montgomery County, MD | 8/19/98 | Irene Linton v. Stephanie Ann Rhein | CA 179521-V |
| Circuit Court for Prince George's County, MD | 8/25/98 | Osborne v. Staton-Staton v. Osborne & Staton | CAL97-06262 |
| Circuit Court for Anne Arundel County, MD | 8/26/98 | Rafferty et al v. Farrow, et al | C-96-31147MT |
| Circuit Court for Baltimore County, MD | 8/28/98 | State of Maryland v. Joseph B. Fernkas | 97CR4360 |

*Denotes Arbitration Hearing (v) Denotes Video Testimony

Page 2

Gregory M. Manning
Trial Testimony Log

| COURT | DATE | CASE | CASE # |
|---|---|---|---|
| Superior Court for the District of Columbia | 10/21/98 | Sherry L. Daily v. Lawrence D. King | 96CA 004927 |
| District Court for Montgomery County, MD | 10/26/98 | Gary Alan Snowden v. Dawn Woodruff | 06010023111197 |
| Circuit Court for Prince George's County, MD | 11/10/98 | Trimarchi v. Rice | CAL-94-04680 |
| Superior Court of DE, New Castle County | 11/12/98 | Neil Xenos, et al. v. Lance Pierce, et al. | CA 96C-12-108 VAB |
| Circuit Court for Queen Anne's County, MD | 11/13/98 | Wilson, et al. v. Reddix, et al. | Civil No. 6005 |
| | **1997** | | |
| Superior Court for the District of Columbia, Civil Div | 1/7/97 | Fletcher vs. Tyler | CA95-002104 |
| Court of Common Pleas, Philadelphia Co., PA | 1/8-10/97 | Morgan v. Knauth | 1163 |
| Circuit Court for Garrett County, MD | 1/18/97 | Crosco v. Phillippi | 4247-CIVIL |
| Circuit Court for Frederick County, MD | 2/14/97 | St. Ours v. Frederick Co. | 95-0926-CV |
| Superior Court for the District of Columbia, Civil Div | 2/26/97 | Highway Safety, et al ads. Letts | 0002378-95 |
| Circuit Court for Berkeley County, WV | 3/5-6/97 | White v. Grady | 94-C-393-(W) |
| Commonwealth of PA, County of Adams, Criminal | 4/23-24/97 | Commonwealth v. Breighner | CC-344-92 |
| Atlantic County, NJ, Superior Court, Civil Division | 5/1/97 | Golebiewski v. County of Atlantic | L-005222-93 |
| Circuit Court for Anne Arundel County, MD | 6/17-18/97 | Zimmer, et al. v. Rippeon, et al. | C-94-13917 MT |
| District Court for Montgomery County, MD | 6/30/97 | State of Maryland v. McDonald | not on file |
| Circuit Court for Baltimore City, MD | 7/16-17/97 | Sotos, et al. v. Blackwell | 95354D20/CL206006 |
| Circuit Court for Talbot County, MD | 8/12/97 | Aragon v. Limberry, et. al | not on file |
| Circuit Court for Berkeley County, WV | 8/28/97 | Miller v. Sanders, et al. | 96-C-397 |
| District Court for Anne Arundel County, MD | 9/12/97 | Carmel-Lee v. Gwinner Oil Co., Inc. | CCB-95-1466 |
| Circuit Court for Berkeley County, WV | 9/30/97 | Shoemaker/Carey v. City of Martinsburg | 96-C-624 |
| Circuit Court for Prince George's County, MD | 10/6/97 | Owens-Brown, et al. v. Stewart, et al. | CAL 95-02261 |
| Superior Court for the District of Columbia, Civil Div | 12/9/97 | Jose Vera v. WMATA | 95-CA0002525 |
| Circuit Court for Washington County, MD | 12/16/97 | W. Frazer et al. v. Shawley's Inc.& Shank | Civil 20099 |
| | **1996** | | |
| Circuit Court for Montgomery County, MD | 1/22/96 | Anderson v. Finizio | CA129178 |
| Superior Court for NJ Law Division - Atlantic City | 2/1/96 | Takaki vs. Najdanovic/Atlantic County | ATL-004732-89 |
| Circuit Court for Montgomery County, MD | 3/5/96 | Anderson v. Finizio | CA 129178 |
| Circuit Court for Montgomery County, MD | 2/7-8/96 | Brooks v. Morales | CA 123744-V |
| Circuit Court for Prince George's County, MD | 4/17/96 | Charles Gray, et al., vs. Young Kyoo-Kim et. al. | CAL 93-06241 |
| Circuit Court for Baltimore County, MD | 5/22/96 | Dipple v. Fitch | 107-367-95-CV-3212 |
| Circuit Court for the City of Alexandria, VA | 6/24/96 | Madigan v. Martin-Brower Company, et al. | CL930285 |
| Circuit Court for Prince George's County, MD | 7/3/96 | *Soriano v. Harper | CAL91-04107 |
| Circuit Court for Prince George's County, MD | 7/3/96 | Finch v. Fireman's Fund | CAL 94-23377 |
| Superior Court for the District of Columbia | 7/11/96 | Tolentino v. WMATA | 12030-94 |
| Circuit Court for Calvert County, MD | 7/23/96 | Maggio v. Dent | CA 95-809 |
| Circuit Court for Montgomery County, MD | 7/29/96 | Garcia v. Underwood | CA 145347 |
| Circuit Court for Baltimore County, MD | 8/16/96 | State of MD v. Brian Joseph Lease | 96CR0494 |

*Denotes Arbitration Hearing (v) Denotes Video Testimony

Gregory M. Manning
Trial Testimony Log

| COURT | DATE | CASE | CASE # |
|---|---|---|---|
| Circuit Court for Prince George's County, MD | 8/22/96 | Karen Morales v. Misty Good | 94-22566 |
| District Court for Baltimore County, MD | 12/12/96 | State of Maryand v. Mark Sanford | 96CR1600 |
| Circuit Court for Anne Arundel County, MD | 1/20-21/96 | State of MD v. Frederick W. Strauss III | K-96-00327.ID |
| | 1995 | | |
| Circuit Court for Prince George's County, MD | 3/9/95 | Green et al. v. Beard | CAL 92-07905 |
| Circuit Court for Howard County, MD | 6/28/95 | Loveless v. Stewart | 94CA-26296 |
| Circuit Court for Anne Arundel County, MD | 7/18/95 | Trout v. Quinn, et al. | 91-00891MT |
| Circuit Court for Montgomery County, MD | 8/28/95 | Trapp v. Adam | 119321-V |
| Circuit Court for Montgomery County, MD | 8/29/95 | Trapp v. Adam | 119321-V |
| Circuit Court for Montgomery County, MD | 9/18/95 | Brooks v. Morales | CA 123744-V |
| Circuit Court for Anne Arundel County, MD | 10/11/95 | State of Maryland v. Joseph M. Boggs | K-95-00531 |
| Circuit Court for Anne Arundel County, MD | 10/19/95 | State of Maryland v. Joseph M. Boggs | K-95-00531 |
| Circuit Court for Montgomery County, MD | 11/16/95 | State of Maryland v. Roland J. Crismond | 74201-C |
| Superior Court for the District of Columbia - Civil Di | 12/22/95 | Fletcher v. Tyler | CA95-002104 |

*Denotes Arbitration Hearing (v) Denotes Video Testimony