IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NANCY J. CLINE, Personal Representative of THE ESTATE OF GLEN H. CLINE, JR., Deceased, et al | * |
| | * |
| Plaintiffs | * |
| v. | * |
| | CASE NUMBER: JFM-03-CV-529 |
| JOHN JAMES CHRISTY | * |
| And | |
| AGAPE HARVESTER CHURCH, INC. | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

REQUEST FOR HEARING

Defendants, John James Christy and Agape Harvester Church, Inc., by their attorney, Lawrence E. Ballantine, request a hearing on Plaintiffs' Motion in Limine and responses thereto filed with this Honorable Court.

_____/s/_____
LAWRENCE E. BALLANTINE
Trial Bar No. 01948
Attorney for Defendants
1 W. Pennsylvania Ave., Ste. 500
Towson, Maryland 21204-5025
(410) 832-8012

CERTIFICATE OF SERVICE

I HEREBY CERTIFY, That on this 21st day of November, 2003, a copy of the aforegoing Request for Hearing, was mailed, postage prepaid, to **Leonard A. Orman, P.A.**, 26 South Street, Baltimore, Maryland 21202; **Timothy R. Freel, Esquire**, Freel & Freel, P.C., 231 Newman Street, East Tawas, Michigan 48730, and **Elliot N. Lewis, Esquire**, Elliot N. Lewis, P.A., 1 East Lexington Street, Suite 201, Baltimore, Maryland 21202, Attorneys for Plaintiffs.

_____/s/_____
LAWRENCE E. BALLANTINE