**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

January 23, 2004

Memo To Counsel Re: Cline v. Agape
Civil No. JFM-03-529

Dear Counsel:

This is to let you know that I have checked and a magistrate judge is available to try the case either during the week of March 1, 2004 or March 8, 2004. I await word from you as to whether defendant consents to a jury trial before a magistrate judge.

Thank you for your cooperation.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge