# F R E E L  &  F R E E L ,  P. C.
### ATTORNEYS AT LAW

| | | |
|---|---|---|
| JOHN M. FREEL<br>TIMOTHY R. FREEL †<br>PATRICK J. GREENFELDER □▲‡<br>KENT E. GREENFELDER ▲<br>-<br>MICHAEL N. FREEL<br>(1937 - 1993)<br>JOHN R. WATKINS<br>(1892-1966) | 231 NEWMAN STREET<br>EAST TAWAS, MICHIGAN 48730<br><br>(989) 362-3443 (tel)<br>(989) 362-4031 (fax)<br>tim@freelpc.net<br>www.freelpc.net | 220 SOUTH WASHINGTON<br>HALE, MICHIGAN<br>(989) 728-6650<br>-<br>233 WEST BROAD STREET<br>CHESANING, MICHIGAN<br>48616<br>-<br>† LICENSED IN MARYLAND<br>(State and U.S. District Courts)<br>‡ LICENSED IN ILLINOIS<br>□ CERT. PUBLIC ACCOUNTANT<br>▲ OF COUNSEL |

26 January 2004

**DELIVERED VIA ELECTRONIC FILING AND U.S. MAIL**

Hon. J. Frederick Motz, U.S. District Judge
U.S. DISTRICT COURT – MARYLAND
101 West Lombard Street
Baltimore, Maryland  21201

      Re:    *Cline v Christy, et al.*
               Case No.: JFM-03-529

Dear Judge Motz:

    I am in receipt of your 23 January 2004 communication relative to the above-referenced matter, and I thank you for same.

    Assuming that Defendants have and/or will consent to Trial before a Magistrate, I would request 8 March as the starting date for trial.  This is based purely on my own schedule, and I appreciate that other counsel may have conflicting scheduling matters.

                    Respectfully,

                    Very truly yours,

                    FREEL & FREEL, P.C.



                  Timothy R. Freel

TRF:bas

**xc:**    *Larry Ballantine, Esq.; Lenny Orman, Esq.; Elliot Lewis, Esq.*

