UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

January 28, 2004

Memo To Counsel Re: Cline v. Agape
Civil No. JFM-03-529

Dear Counsel:

This will confirm the dates set during the conference held on January 22, 2004.

| | |
|---|---|
| February 12, 2004 | Deadline for plaintiff to submit proposed voir dire questions and jury instructions |
| February 23, 2004 | Deadline for defendant to submit supplemental voir dire questions and jury instructions |
| February 23, 2004 | Pretrial order due |
| February 24, 2004 4:30 p.m. | Pretrial conference (may be by telephone) |
| Two week period beginning March 1, 2004 | Trial |

Very truly yours,

/s/

J. Frederick Motz
United States District Judge