# H. BARRITT PETERSON, JR. & ASSOCIATES

**ATTORNEYS AT LAW**

**Employees of The Corporate Law Department
State Farm Mutual Automobile Insurance Company**

One West Pennsylvania Avenue
Suite 500
Towson, Maryland 21204-5025

Telephone: 1-800-972-0850
(410) 832-8012
Facsimile: (410) 832-8080

H. Barritt Peterson, Jr.
Mary R. Cortezzo
Clifford A. Robinson
Joan I. Harris
Michael C. Michaud
Lawrence E. Ballantine
Charles A. Arcodia
Patrick A. Ferris
Lynn Zahurak Ahlers
Isaac S. Waranch
Mark H. Tilkin

Mark R. Brown
Anthony W. Thomas
Jake E. Zellweger
Matthew P. Woods
John W. Conrad III
Amy E. Payne
Maria Roussos Marinari
Kyle Blakeley
Elliott D. Petty
Constantine J. Themelis

January 29, 2004

The Honorable J. Frederick Motz
United State District Judge
United States District Court
101 W. Lombard Street
Baltimore, Maryland 21201

Re: <u>Cline v. Christy</u>
     Civil No. JFM-03-529

Dear Judge Motz:

Defendants will consent to try this case before a magistrate judge as long as it is not Magistrate Judge Paul Grimm.

I would prefer to try the case the week of March 1st. I have a jury trial scheduled March 11th and 12th in the Circuit Court for Allegany County, <u>Grumbine v. Smith</u>. If this case begins March 8th, it may not be finished by March 11th.

Thank you for your consideration.

Very truly yours,

/s/

Lawrence E. Ballantine

LEB/dt
cc: Timothy R. Freel, Esquire
    Leonard A. Orman, P.A.
    Elliot N. Lewis, Esquire