IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

**NANCY I. CLINE, et al.**

    Plaintiffs

v.                         Case No. JFM-03-CV-529

**AGAPE HARVESTER CHURCH, INC., et al.**

    Defendants

**PLAINTIFFS' SUPPLEMENTAL REQUEST FOR INSTRUCTIONS TO THE JURY**

**9 B LAST CLEAR CHANCE    MPJI 19:14**
**A plaintiff who was contributorily negligent may nevertheless recover if the plaintiff was in a dangerous situation and thereafter the defendant had a fresh opportunity of which defendant was aware to avoid injury to the plaintiff and failed to do so.**

    Comments: The elements of last clear chance are: (a) Negligence of the Defendant, (b) Contributory negligence of defendant and (c) Something new or independent affording defendant a fresh opportunity to avert the consequences of defendant's original negligence and plaintiff's contributory negligence.  The rarionale is that if the defendant couldhave avoided the accident, the defendant's, not the plaintiff's failure was the proximate cause of the result.  (cases cited in MPJI)

_____/s/_____
Leonard A. Orman, P.A.
26 South Street
Baltimore, MD 21202
410-962-0400
_____/s/_____
Timothy Freel
Ellott N. Lewis
1 E. Lexington Street
Baltimore, MD 21201
Attorneys for Plaintiffs