IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NANCY J. CLINE, Personal Representative of THE ESTATE OF GLEN H. CLINE, JR., Deceased, et al | * |
| | * |
| Plaintiffs | * |
| v. | * |
| | CASE NUMBER: JFM-03-CV-529 |
| JOHN JAMES CHRISTY And | * |
| AGAPE HARVESTER CHURCH, INC. | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**GENERAL CONSENT TO PROCEED
BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28 U.S.C. § 636(c), the Defendants, **John James Christy and Agape Harvester Church, Inc.**, to the above-captioned civil matter hereby voluntarily waive their right to proceed before a United States District Judge and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Name of Defendants:   **John James Christy**

        **Agape Harvester Church, Inc.**

        Respectfully submitted,

        _____/s/_____
        LAWRENCE E. BALLANTINE
        Trial Bar No. 01948
        Attorney for Defendants
        1 W. Pennsylvania Ave., Ste. 500
        Towson, Maryland  21204-5025
        (410) 832-8012

CERTIFICATE OF SERVICE

I HEREBY CERTIFY, That on this 12th day of February, 2004, a copy of the aforegoing General Consent to Proceed Before a United States Magistrate Judge, was mailed, postage prepaid, to **Leonard A. Orman, P.A.**, 26 South Street, Baltimore, Maryland 21202; **Timothy R. Freel, Esquire**, Freel & Freel, P.C., 231 Newman Street, East Tawas, Michigan 48730, and **Elliot N. Lewis, Esquire**, Elliot N. Lewis, P.A., 1 East Lexington Street, Suite 201, Baltimore, Maryland 21202, Attorneys for Plaintiffs.

                                                                _____/s/_____
                                                                 LAWRENCE E. BALLANTINE

LEB/dmt