IN THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NANCY J.CLINE, individually, and as Personal Representative of THE ESTATE OF GLEN H. CLINE, JR., Deceased, *et al*, | * |
| | * |
| Plaintiffs, | * |
| v | * Case No.: JFM–03–CV-529 |
| JOHN JAMES CHRISTY, *et al.*, | * |
| Defendants. | * |

**GENERAL CONSENT TO PROCEED**
**BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28 U.S.C. § 636 (c), the Plaintiffs NANCY J. CLINE and JOSH CLINE hereby voluntarily waive their rights to proceed before a United States District Judge and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Dated: 12 February 2004

_____
Elliot N. Lewis, Esquire
Elliot N. Lewis, P.A.
Attorneys for Plaintiffs Nancy and Josh Cline

_____
Timothy R. Freel, Esquire
Freel & Freel, P.C.
Attorneys for Plaintiffs Nancy and Josh Cline

**CERTIFICATE OF FILING/SERVICE**

I HEREBY CERTIFY that a copy of Plaintiffs' foregoing *General Consent to Proceed Before a United States Magistrate Judge*, was electronically filed in the above-captioned cause as per applicable Court Rule.



Dated: 12 February 2004

FREEL & FREEL, P.C.
By Timothy R. Freel, Esquire