**IN THE UNTIED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| NANCY J.CLINE, individually, and as Personal Representative of THE ESTATE OF GLEN H. CLINE, JR., Deceased, *et al*, | * | |
| | * | |
| Plaintiffs, | * | |
| | | Case No.: JFM–03–CV-529 |
| v | * | |
| | * | |
| JOHN JAMES CHRISTY, *et al.*, | * | |
| | * | |
| Defendants. | * | |

_____/

**GENERAL CONSENT TO PROCEED**
**BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28 U.S.C. § 636 (c), the Plaintiffs TERRY TUNNEY, DOROTHY MILLER, BRIAN CLINE and RICK CLINE hereby voluntarily waive their rights to proceed before a United States District Judge and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

**/S/**

Dated: 13 February 2004          _____
                                 Leonard A. Orman, Esquire
                                 Leonard A. Orman, P.A.
                                 Attorneys for Plaintiffs Terry Tunney, Dorothy
                                 Miller, Brian Cline and Rick Cline

1

## CERTIFICATE OF FILING/SERVICE

I HEREBY CERTIFY that a copy of Plaintiffs' foregoing *General Consent to Proceed Before a United States Magistrate Judge*, was electronically filed at the request of Leonard A. Orman, Esquire/Leonard A. Orman, P.A., in the above-captioned cause as per applicable Court Rule.  A copy was as well forwarded via facsimile to Elliot N. Lewis, Esquire/Elliot N. Lewis, P.A.



Dated: <u>13 February 2004</u>

_____
FREEL & FREEL, P.C.
By Timothy R. Freel, Esquire