UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**CHAMBERS OF**
**JAMES K. BREDAR**
**U.S. MAGISTRATE JUDGE**

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0950
(410) 962-2985 FAX

February 19, 2004

Elliot N. Lewis, Esquire
Elliot N. Lewis, PA
1 East Lexington Street, Suite 201
Baltimore, Maryland 21202'

Timothy R. Freel, Esquire
Freel & Freel, PC
231 Newman Street
East Tawas, Michigan 48730

Leonard A. Orman, Esquire
Leonard A. Orman, PA
26 South Street
Baltimore, Maryland 21202

Lawrence E. Ballentine, Esquire
1 W Pennsylvania Avenue, Ste 500
Towson, Maryland 21204-5025

Subject: *Nancy J. Cline, Personal Representative of the Estate of Glen H. Cline, Jr., et al. v. John James Christy and Agape Harvester Church, Inc.*
Civil Action No. JKB-03-529

Dear Counsel:

Pursuant to your conversations with my law clerk, it is my understanding that it is consensus view that the trial of this case will not consume more than four days. The Court schedule, the jury schedule and the voir dire will be altered to reflect that assessment. The trial now is scheduled to begin at 9:30 a.m., March 1, 2004, and run through March 4, 2004. It is my present intention to begin each trial day at 9:30 a.m., and we will adjourn at 2:00 p.m. on Wednesday.

Although informal, this letter constitutes an Order of the Court and will be docketed accordingly.

Very truly yours,

/s/

James K. Bredar
United States Magistrate Judge

JKB/cw
cc: Court File
    Chambers File