IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Nancy J. Cline, et al *
    Plaintiff

                                                  Civil No. JKB-03-0529

v.

John James Christy *
    Defendant

\*\*\*\*\*\*

## CERTIFICATION - EXHIBITS TO BE SUBMITTED TO JURY

The undersigned counsel for the parties in this case hereby certify that they have marshaled all trial exhibits in this case with the Courtroom Deputy Clerk, and that they are satisfied, and do hereby stipulate that all of the trial exhibits that have been <u>admitted into evidence</u> are to be sent to the jury room for use in jury deliberations.

**Counsel for Plaintiff/Government**         **Counsel for Defendant**

Elliot Lewis/ Leonard A. Orman               Lawrence E. Ballantine

_____            _____

_____            _____

Date: 3/4/04

Cline, et. al.

vs.

Christy, et. al.

Civil/Criminal Case No.: _JFM-03-CV-529_

Exhibits:

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | 3/1/04 | ✓ | Deceased in Roadway |
| 2 | 3/1/04 | ✓ | Police photographs from Townes' Deposition |
| 3 | 3/1/04 | ✓ | Police photographs from Townes' Deposition |
| 4 | 3/1/04 | ✓ | Police photographs from Townes' Deposition |
| 5 | 3/1/04 | ✓ | Police photographs from Townes' Deposition |
| 6 | 3/1/04 | ✓ | Police photographs from Townes' Deposition |
| 7 | 3/1/04 | ✓ | Police photographs from Townes' Deposition |
| 8 | 3/1/04 | ✓ | Police photographs from Townes' Deposition |
| 9 | 3/1/04 | ✓ | Picture of Deceased before accident |
| 10 | 3/1/04 | Reserving | Herman Miller Chart |
| 11 | 3/1/04 | ✓ | Autopsy Report |
| 12 | 3/1/04 | ✓ | Funeral Bill |
| 13 | 3/1/04 | ✓ | Picture ~~of Accident Scene~~ |
| 14 | 3/1/04 | ✓ | Picture ~~of Accident Scene~~ |
| 15 | 3/1/04 | ✓ | Picture ~~of Accident Scene~~ |
| 16 | 3/1/04 | ✓ | Picture ~~of Accident Scene~~ |
| 17 | 3/1/04 | ✓ | Picture ~~of Accident Scene~~ |
| 18 | 3/1/04 | ✓ | Picture ~~of Accident Scene~~ |
| 19 | 3/1/04 | NO | Family Photograph |
| 20 | 3/1/04 | NO | Family Photograph |
| 21 | 3/1/04 | NO | Family Photograph |

Cline, et.al.

vs.

Christy, et.al.

**Civil/Criminal Case No.:** _____

**Exhibits:** _____

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 22 | | NO | Family Photograph |
| 23 | | NO | Family Photograph |
| 24 | | NO | Family Photograph |
| 25 | | W.D. | Family Photograph |
| 26 | | NO | Family Photograph |
| 27 | | NO | Family Photograph |
| 28 | 3/1/04 | yes | Family Photograph |
| 29 | 3/1/04 | yes | Family Photograph |
| 30 | no | NO | Family Photograph |
| 31 | 3/1/04 | yes | Family Photograph |
| 32 | | NOT TO BE OFFERED | Police Report |
| 33 | | Renewing | Police Report Diagram |
| 34 | 3/2/04 | Renewed Admitted | Diagram Drawn in Court |
| 35 | | Renewed | Diagram Drawn in Court |
| 36 | 3/1/04 | ✓ | Glen Cline, Jr.'s Death Certificate |
| 37 | 3/1/04 | ✓ | John Christy's Signed Statement |
| 38 | 3/1/04 | ✓ | Stmt of Herbo to Pol. |
| 39 | 3/1/04 | ✓ | * Towner' Depo. Transcript * (will not go to Jury) |
| 40 | 3/1/04 | ✓ | Depo - (Does not go to Jury) |

NANCY J. CLINE, IND & AS PERSONAL REP. OF THE ESTATE OF GLEN CLINE et al

vs.

JOHN J. CHRISTY

2004 MAR -5 A 11: 51

Civil/Criminal Case No.: JFM-03-CV-529

Exhibits: FOR DEFENDANT JOHN CHRISTY

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | 3/1/04 | 3/1/04 | D.N.R. AERIAL PHOTO OF ACC SCENE |
| 2 | " | " | POLICE REPORT WRITTEN STATEMENT OF JOHN HERCKO |
| 3 | " | " | MSP PHOTO OF CLINE VEH |
| 4 | " | " | MSP PHOTO OF CLINE VEH |
| 5 | " | " | PHOTO OF CLINE VEH @ TOW LOT |
| 6 | 3/2/04 | 3/2/04 | MSP PHOTO OF ACC SCENE |
| 7 | 3/2/04 | 3/2/04 | ACC SCENE PHOTO TAKEN 4/20/00 |
| 8 | 3/2/04 | 3/2/04 | ACC SCENE PHOTO TAKEN 4/20/00 |
| 9 | 3/2/04 | 3/2/04 | ACC SCENE PHOTO TAKEN 4/20/00 |
| 10 | withdrawn | | GMA ACC SCENE PHOTO |
| ' | | | CLINE VEH @ TOW LOT |

(Margin notes: "Same P#34" next to rows 2-3; "R" marks next to rows 6, 7, 8, 9, and last row)