IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NANCY J. CLINE, individually and : 
as personal representative of
The Estate of Glen H. Cline, Jr., :
Deceased

JOSH H. CLINE :

TERRY TUNNEY :

DOROTHY MILLER :

BRIAN CLINE :

RICK CLINE :

      Vs. : CIVIL NO. JKB-03-529

       :

JOHN JAMES CHRISTY :

**SPECIAL VERDICT FORM**

1. Do you find by a preponderance of the evidence that John James Christy was negligent in the operation of his vehicle?



Yes ✓   No _____

If you answered "yes" to Question 1, proceed to Question 2. If you answered "no" to Question 1, proceed no further and return the Special Verdict Form, signed and dated by your foreperson, to the Clerk.

2. Do you find by a preponderance of the evidence that that Mr. Christy's negligence was a proximate cause of the death of Glen H. Cline, Jr.?



Yes ✓    No _____

If you answered "yes" to Question 2, proceed to Question 3. If you answered "no" to Question 2, proceed no further and return the Special Verdict Form, signed and dated by your foreperson, to the Clerk.

3. Do you find by a preponderance of the evidence that Mr. Cline was contributorily negligent?



Yes ✓    No _____

If you answered "yes" to Question 3, proceed to Question 4. If you answered "no" to Question 3, proceed to Question 5.

4. Do you find by a preponderance of the evidence that Mr. Cline's negligence was a proximate cause of his own death?

Yes_____   No______

If you answered "no" to Question 4, proceed to Question 5. If you answered "yes" to Question 4, proceed no further and return the Special Verdict Form, signed and dated by your foreperson, to the Clerk.

5. Do you find by a preponderance of the evidence that Mr. Cline, through his conduct, voluntarily assumed the risk of the accident that caused his death?

Yes_____   No______

If you answered "yes" to Question 5, proceed no further and return the Special Verdict Form, signed and dated by your foreperson, to the Clerk. If you answered "no" to Question 5, proceed to and answer all the following questions.

6. In what amount, if any, do you find the estate of Mr. Cline to have been damaged (economic damages)?

_____Ø_____

7. In what amount, if any, do you find Nancy J. Cline to have been damaged?

      Economic Damages    __100,000__

      Non-economic Damages  __150,000__

8. In what amount, if any, do you find Josh Cline to have been damaged?

      Non-economic Damages  __25,000__

9. In what amount, if any, do you find Terry Marie Tunney to have been damaged?

      Non-economic Damages  __1,000__

10. In what amount, if any, do you find Dorothy Ann Miller to have been damaged?

        Non-economic Damages   8,000

11. In what amount, if any, do you find Brian Cline to have been damaged?

        Non-economic Damages   8,000

12. In what amount, if any, do you find Rick David Cline to have been damaged?

        Non-economic Damages   8,000

3/4/04
Dated

_____
Foreperson