IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Nancy J. Cline, et al<br>Plaintiff | * |
| vs. | Case No.: JKB 03-0529 |
| John James Christy<br>Defendant | * |

\*\*\*\*\*\*

## Stipulation Regarding Return of Exhibits

The parties hereby **STIPULATE** that the below listed physical exhibits be returned to the custody of and retained by counsel who offered them, pending appeal.

**PLAINTIFF'S/GOVERNMENT'S EXHIBITS**                **DEFENDANT'S EXHIBITS**

_____              _____
_____              _____
_____              _____

All Plaintiff's/Government's exhibits returned: _____

All Defendant's exhibits returned: _____

Received the above listed exhibits this date:

Counsel for Plaintiff(s)/Government:     Counsel for Defendant(s):
_[signature]_                            _[signature]_
_[signature]_

Date: _____