IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2004 MAR -5 ☐ 44

NANCY J. CLINE, Individually and as
Personal Representative
of THE ESTATE OF GLEN H. CLINE, JR.,
Deceased, JOSH H. CLINE, TERRY
TUNNEY, DOROTHY MILLER, BRIAN
CLINE, and RICK CLINE

    Plaintiffs

        vs.                           CIVIL ACTION NO. JKB-03-529

JOHN JAMES CHRISTY

    Defendant

## ORDER OF JUDGMENT

The jury having returned a verdict in favor of the Plaintiffs against the Defendant, it is this

_5th_ day of _March_ , 2004,

ORDERED, that

  . Judgment is entered in favor of Plaintiff **Nancy J. Cline** for economic damages in the

amount of $100,000 and non-economic damages in the amount of $150,000; in favor of

Plaintiff **Josh H. Cline** for non-economic damages in the amount of $25,000; in favor

of Plaintiff **Terry Tunney** for non-economic damages in the amount of $8,000; in favor

of Plaintiff **Dorothy Miller** for non-economic damages in the amount of $8,000; in favor

of Plaintiff **Brian Cline** for non-economic damages in the amount of $8,000; and in

favor of Plaintiff **Rick Cline** for non-economic damages in the amount of $8,000; all

against Defendant **John James Christy**

C/M
3/5/04

2. Any and all prior rulings made by the Court disposing of any claims against any parties are incorporated by reference herein, and this Order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58.

BY THE COURT:

James K. Bredar
United States Magistrate Judge