IN THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NANCY J.CLINE, individually, and as Personal \*
Representative of THE ESTATE OF GLEN
H. CLINE, JR., Deceased, *et al*, \*

    Plaintiffs, \*

                                            Case No.: JFM–03–CV-529

v \*

JOHN JAMES CHRISTY, *et al.*, \*

    Defendants. \*

_____/

## PARTIES' STIPULATION OF DISMISSAL AS TO DEFENDANT AGAPE HARVESTER CHURCH, INC.

Dear Clerk:

Please dismiss the above-captioned matter as to Defendant AGAPE HARVESTER CHURCH, INC.

Dated: <u>11 March 2004</u>

| /S/ | _(signature)_ |
|---|---|
| Lawrence E. Ballantine, Esquire | Timothy R. Freel, Esquire |
| Attorney for Defendants | Freel & Freel, P.C. |
| | Attorneys for Plaintiffs Nancy and Josh Cline |

| _Elliot N. Lewis (signature)_ | /S/ |
|---|---|
| Elliot N. Lewis, Esquire | Leonard A. Orman, Esquire |
| Elliot N. Lewis, P.A. | Leonard A. Orman, P.A. |
| Attorneys for Plaintiffs Nancy and Josh Cline | Attorneys for remaining Plaintiffs |