VIDEO DEPOSITION INVOICE

**IRON MOUNTAIN PRODUCTIONS**
**OLD COURT EXECUTIVE PARK**
**3701 OLD COURT ROAD**
**SUITE # 8**
**BALTIMORE, MARYLAND 21208**
410-653-3979

**I. CLIENT INFORMATION:**

Elliot N. Lewis, Esquire
1 East Lexington Street, Suite 201
Baltimore, Maryland 21202

**II. DEPOSITION INFORMATION:**

DEPONENT:   Herman Miller

DATE:       February 23, 2004

TIME:       11:00 a.m.

LOCATION:   1 East Lexington Street, Suite 201, Baltimore, MD 21202

**III. FEES:**

1. Videography Services  (10:00 am to 12:40 pm) ........................  $ 160.00

   ($60.00 per hour portal to portal)
   (billing in 10 minute increments)

2. VHS videotape(s), cases and labels ................................  $ 10.00

3. Parking ............................................................  $ 12.00

4. Extra Copies ......................................................  $ N/A

5. BALANCE DUE                                                           $ 182.00

**IV. TERMS:**

1. Net due upon receipt of video.

Realtime Reporting • Data Bank Retrieval • Legal Videography • Computer Simulations for Trial • Audiotape Backups for Quality Control

OFFICES IN: BALTIMORE • TOWSON • COLUMBIA • WASHINGTON, D.C.
PHONE (410) 367-3838 • FAX (410) 367-3883
Tax ID No. 52-1694968

## Art Miller & Associates, Inc.
COURT REPORTERS AND VIDEOGRAPHERS
reporting@artmiller.com • www.artmiller.com

111 South Calvert St., Suite 1705 Baltimore, MD 21202

ELLIOTT N. LEWIS
LEWIS, ESQUIRE ELLIOT N.
1 E. LEXINGTON STREET
SUITE 201
BALTIMORE, MD 21202-1771

| INVOICE NO. | INVOICE DATE | DEPOSITION NO. |
|---|---|---|
| 11263 | 02/26/2004 | 01-8681 |

| DEPOSITION DATE | COURT REPORTER |
|---|---|
| 02/23/2004 | DARKCO |

**CASE NAME**
CLNE V CHRISTY

**TERMS**
Due upon receipt

ORIGINAL TRANSCRIPT OF:
  HERMAN MILLER-40 PAGES                40 Pages @    5.65/Page      226.00
         SHIPPING & HANDLING                                          10.85

                                      TOTAL DUE >>>>                 236.85

FREE CONDENSED & ASCIIS
TO ORIGINAL CLIENTS



52-1694968                                       (410) 962-1442   Fax (410) 385-3101

*Please detach bottom portion and return with payment.*

**CLIENT**

ELLIOTT N. LEWIS
LEWIS, ESQUIRE ELLIOT N.
1 E. LEXINGTON STREET
SUITE 201
BALTIMORE, MD 21202-1771

Invoice No.: 11263
Date       : 02/26/2004
**TOTAL DUE** :   236.85

Job No.  : 01-8681
Case No. :
CLNE V CHRISTY

**PLEASE REMIT PAYMENT TO:**

Remit To:  Art Miller & Associates
           111 South Calvert Street
           Suite 1705
           Baltimore, MD 21202

We are now accepting VISA, MasterCard, Discover — as your payment option!
SEE REVERSE SIDE

BY RECEIVING THE TRANSCRIPT AND/OR COURT REPORTING SERVICES SO IDENTIFIED ABOVE, THE ATTORNEY/LAWFIRM INVOICED ABOVE ACCEPTS JOINT AND SEVERABLE LIABILITY FOR ITS PAYMENT.
TERMS: NET 15 DAYS. PAST DUE ACCOUNTS WILL BE CHARGED 1.5 PERCENT PER MONTH INVOICE HANDLING FEE.

**IRON MOUNTAIN PRODUCTIONS**
**OLD COURT EXECUTIVE PARK**
**3701 OLD COURT ROAD**
**SUITE # 8**
**PIKESVILLE, MARYLAND 21208**
*410-653-3979 Phone, 410-653-7611 Fax, Email: bsevideo@aol.com*

I. CLIENT INFORMATION:

    Elliot N. Lewis, Esquire
    1 East Lexington Street
    Suite 201
    Baltimore, MD 21202

    410-962-1442

II. JOB INFORMATION:

| | |
|---|---|
| DESCRIPTION: | Duplication with Editing |
| TAPE LENGTH: | 30 minutes |
| TAPE FORMAT: | VHS |
| NO. OF COPIES: | 1 |
| DUE DATE: | February 27, 2004 |

III. FEES:

| | |
|---|---|
| 1. Editing Services | $ 5.00 |
| 2. Duplication Services | $ 15.00 |
| 3. VHS videotape(s), cases and labels | $ 10.00 |
| 3. Rush Service | no charge |
| BALANCE DUE | $ 30.00 |

IV. TERMS:

    1. Net due upon receipt.