MAR-12-2004 12:57    LAD PROCESSING CENTER                    301 762 0898    P.03

**L.A.D. Reporting & Digital Videography**
1100 Connecticut Avenue, N.W.
Suite 850
Washington, DC 20036
(202) 861-3410  Fax (202) 861-3425

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 84568 | 03/03/2003 | 01-11500 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 01/31/2003 | LEVIST | 21-C-02-01350 |

**CASE CAPTION**
Cline, et al -v- Christy & Agape Harvester Church, Inc.

**TERMS**
Due upon receipt

Timothy R. Freel, Esquire
Law Office of Timothy R. Freel
231 Newman Street
East Tawas, MI 48730

| | | |
|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: Benjamin Townes | 84 Pages | 210.00 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: Robert Fraley | 74 Pages | 185.00 |
| ~~1 CERTIFIED COPY OF TRANSCRIPT OF: Thomas Bowers~~ | ~~63 Pages~~ | ~~157.50~~ |
| OVERNIGHT/MESSENGER DELY | | 30.00 |
| | TOTAL DUE >>>> | 582.50 |

−157.50
= $425.00

For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D.
We appreciate your business.

TAX ID NO.: 52-1684455                                    (989) 362-3443  Fax (989) 362-4031

*Please detach bottom portion and return with payment.*

Timothy R. Freel, Esquire
Law Office of Timothy R. Freel
231 Newman Street
East Tawas, MI 48730

Invoice No.: 84568
Date       : 03/03/2003
TOTAL DUE  :    582.50

Job No.  : 01-11500
Case No. : 21-C-02-013503
Cline, et al -v- Christy & Agape Har

Remit To:  L.A.D. Reporting Company
           1684 East Gude Drive
           Suite 201
           Rockville, MD 20850