MAR-12-2004 12:58       LAD PROCESSING CENTER                          301 762 0898     P.04

L.A.D. Reporting & Digital Videography
1100 Connecticut Avenue, N.W.
Suite 850
Washington, DC 20036
(202) 861-3410   Fax (202) 861-3425

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 84569 | 03/03/2003 | 01-11501 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 01/31/2003 | LEVIST | 21-C-02-01350 |

**CASE CAPTION**

Cline, et al -v- Christy & Agape Harvester Church, Inc.

**TERMS**

Due upon receipt

Timothy R. Freel, Esquire
Law Office of Timothy R. Freel
231 Newman Street
East Tawas, MI 48730

1 CERTIFIED COPY OF TRANSCRIPT OF:        42 Pages                    105.00
    John Edward Herko
        OVERNIGHT/MESSENGER DELY                                        20.00

                                          TOTAL DUE  >>>>              125.00

For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D.
We appreciate your business.

TAX ID NO.: 52-1684455                              (989) 362-3443   Fax (989) 362-4031

*Please detach bottom portion and return with payment.*

Timothy R. Freel, Esquire
Law Office of Timothy R. Freel
231 Newman Street                         Invoice No.:  84569
East Tawas, MI 48730                      Date       :  03/03/2003
                                          TOTAL DUE  :    125.00

                                          Job No.    :  01-11501
                                          Case No.   :  21-C-02-01350B
                                          Cline, et al -v- Christy & Agape Har

Remit To:  L.A.D. Reporting Company
           1684 East Gude Drive
           Suite 201
           Rockville, MD 20850