# Invoice

**Tri-State Reporters, Inc**

43 Summit Avenue
Hagerstown, Maryland 21740
Phone No. 301-714-1882
Federal I.D. No. 52-2077623

| DATE | INVOICE # |
|---|---|
| 12/19/2002 | 3781 |

**BILL TO**

Timothy Freel, Esquire
Freel & Myles
1 East Lexington Street, Suite 201
Baltimore, Maryland 21202

| TERMS | DUE DATE | REPORTER | TAKEN | SHIP VIA |
|---|---|---|---|---|
| Due on receipt | 12/19/2002 | SS | 11/11/2002 | US Mail |

| ITEM | DESCRIPTION | PAGE/HOUR | RATE | AMOUNT |
|---|---|---|---|---|
| Original | TRANSCRIPT OF: JOHN CHRISTY CLINE VS. CHRISTY | 54 | 3.50 | 189.00 |
| Postage | Postage/handling/supplies/delivery | | 10.00 | 10.00 |

**Total** $199.00