MAR-12-2004 12:57    LAD PROCESSING CENTER                301 762 0898    P.02

L.A.D. Reporting & Digital Videography
1100 Connecticut Avenue, N.W.
Suite 850
Washington, DC 20036
(202) 861-3410  Fax (202) 861-3425

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 84898 | 03/07/2003 | 01-9788 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 01/30/2003 | LEVIST | 21-C-02-01350 |
| CASE CAPTION | | |
| Cline, et al -v- Christy & Agape Harvester Church, Inc. | | |
| TERMS | | |
| Due upon receipt | | |

Timothy R. Freel, Esquire
Law Office of Timothy R. Freel
231 Newman Street
East Tawas, MI 48730

| | | |
|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: Nancy Cline | 64 Pages | 160.00 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: Josh H. Cline | 53 Pages | 132.50 |
| OVERNIGHT/MESSENGER DELY | | 20.00 |
| TOTAL DUE >>>> | | 312.50 |

For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D.
We appreciate your business.

TAX ID NO.: 52-1684455                          (989) 362-3443   Fax (989) 362-4031

*Please detach bottom portion and return with payment.*

Timothy R. Freel, Esquire
Law Office of Timothy R. Freel
231 Newman Street
East Tawas, MI 48730

Invoice No. : 84898
Date        : 03/07/2003
TOTAL DUE   :   312.50

Job No.  : 01-9788
Case No. : 21-C-02-013503
Cline, et al -v- Christy & Agape Har

Remit To:  L.A.D. Reporting Company
           1684 East Gude Drive
           Suite 201
           Rockville, MD 20850