**Western Maryland Investigations**
11100 Mapleville Road  Hagerstown, MD  21742
(301) 797-6967  /  1-800-736-6967  /  Fax (301) 797-5652
Federal Tax ID #: 52-2207311



Invoice #:         **4897**

*INVOICE*

Date:     02/16/2004
Case #:  04-00253

Attorney Elliot N. Lewis
1 E. Lexington St. #201
Baltimore, MD  21202
Attn:

| Qty | Description | Rate | Cost | Other | Other Sub | Paid |
|-----|-------------|------|------|-------|-----------|------|
| 1.00 | Served TFC Robert O. Fraley | | | 45.00 | 45.00 | |

Payment Due Upon Receipt.
$20.00 Rebilling Charge.

*Thank You For Your Business*

Taxable Items:
Tax:
Total Others:              45.00
Total Costs:               45.00
Total Paid:    -            0.00
Balance Owed:  $          **45.00**

# Western Maryland Investigations

11100 Mapleville Road  Hagerstown, MD  21742
(301) 797-6967  /  1-800-736-6967 /  Fax (301) 797-5652
Federal Tax ID #: 52-2207311



Invoice #:          **4906**

### *INVOICE*

Attorney Elliot N. Lewis
1 E. Lexington St. #201
Baltimore, MD  21202
Attn:

Date:    02/17/2004
Case #:  04-00254

| Qty | Description | Rate | Cost | Other | Other Sub | Paid |
|-----|-------------|------|------|-------|-----------|------|
| 1.00 | Served John Edward Herko | | | 45.00 | 45.00 | |

Payment Due Upon Receipt.
$20.00 Rebilling Charge.

*Thank You For Your Business*

| | |
|---|---|
| Taxable Items: | |
| Tax: | |
| Total Others: | 45.00 |
| Total Costs: | 45.00 |
| Total Paid:  - | 0.00 |
| Balance Owed:  $ | **45.00** |

**Western Maryland Investigations**
11100 Mapleville Road  Hagerstown, MD  21742
(301) 797-6967  /  1-800-736-6967 / Fax (301) 797-5652
Federal Tax ID #: 52-2207311



Invoice #:          **4944**

*INVOICE*

Date:     02/26/2004
Case #:  04-00252

Attorney Elliot N. Lewis
1 E. Lexington St. #201
Baltimore, MD  21202
Attn:

| Qty | Description | Rate | Cost | Other | Other Sub | Paid |
|-----|-------------|------|------|-------|-----------|------|
| 1.00 | Attempts to serve - Cpl. Benjamin Townes | | | 15.00 | 15.00 | |
| 1.00 | Currently on full active duty in | | | | | |
| 1.00 | National Guard at Aberdeen Proving | | | | | |
| 1.00 | Grounds ready to go overseas | | | | | |

Payment Due Upon Receipt.
$20.00 Rebilling Charge.

*Thank You For Your Business*

| | |
|---|---|
| Taxable Items: | |
| Tax: | |
| Total Others: | 15.00 |
| Total Costs: | 15.00 |
| Total Paid:  - | 0.00 |
| Balance Owed:  $ | **15.00** |