**JOHN E. HERKO – 11915 South St., Libertytown, MD 21762**

   

**Driving Directions**     Print | E-Mail | Download to PDA | Reverse | New Directions

START: 11915 South St, Libertytown, MD 21762 US - Hotel Offers - Flight Deals

END: 101 W Lombard St, Baltimore, MD 21201-2605 US - Hotel Offers - Flight Deals

| Maneuvers | Distance | Maps |
|---|---|---|
| 1: Start out going East on SOUTH ST toward MILL ST. | 0.2 miles | Map |
| 2: Turn RIGHT onto JONES RD. | 0.3 miles | Map |
| 3: Turn SLIGHT RIGHT onto MD-75 S/GREEN VALLEY RD. | 7.0 miles | Map |
| 4: Merge onto I-70 E via the ramp- on the left- toward BALTIMORE. | 28.8 miles | Map |
| 5: Merge onto I-695 S/BALTIMORE BELTWAY OUTER LOOP via exit number 91A toward I-95 S/GLEN BURNIE. | 5.2 miles | Map |
| 6: Merge onto I-95 N via exit number 11A toward BALTIMORE. | 4.1 miles | Map |
| 7: Merge onto I-395 N via exit number 53 toward DOWNTOWN. | 1.5 miles | Map |
| 8: I-395 N becomes S HOWARD ST. | 0.1 miles | Map |
| 9: Turn RIGHT onto W PRATT ST. | 0.2 miles | Map |
| 10: Turn LEFT onto S CHARLES ST. | <0.1 miles | Map |
| 11: Turn LEFT onto W LOMBARD ST. | <0.1 miles | Map |
| 12: End at 101 W LOMBARD ST BALTIMORE MD | | Map |

**Total Est. Time:** 55 minutes     **Total Est. Distance:** 48.01 miles

