IN THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NANCY J.CLINE, individually, and as Personal Representative of THE ESTATE OF GLEN H. CLINE, JR., Deceased, *et al*, | * |
| Plaintiffs, | * |
| v | Case No.: JKB–03–CV-529 |
| | * |
| JOHN JAMES CHRISTY, *et al.*, | * |
| Defendants. | * |

## PLAINTIFF JOSH CLINE'S NOTICE OF SATISFACTION OF JUDGMENT

**NOW COMES** the Plaintiff JOSH CLINE, by and through his attorneys, FREEL & FREEL, P.C., by Timothy R. Freel, and does hereby Notify the Court and parties hereto that the portion of that 5 March 2004 Judgment entered in his favor in the above-captioned cause ($25,000.00) has been paid by Defendant's representatives, and is SATISFIED. This Notice has no bearing or effect on the remaining portions of that Judgment in favor of Nancy Cline, the Estate of Glen H. Cline, Jr., Deceased, or that pending Motion To Amend Judgment and/or Plaintiff Nancy Cline's Bill of Costs.

Dated: 24 March 2004

FREEL & FREEL, P.C.
By Timothy R. Freel
Attorneys for Plaintiff JOSH CLINE