IN THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NANCY J.CLINE, individually, and as Personal Representative of THE ESTATE OF GLEN H. CLINE, JR., Deceased, *et al*, | * |
| | * |
| Plaintiffs, | * |
| v | Case No.: JKB–03–CV-529 |
| | * |
| JOHN JAMES CHRISTY, *et al.*, | * |
| Defendants. | * |

_____/

### PLAINTIFF NANCY CLINE'S NOTICE OF SATISFACTION OF JUDGMENT

**NOW COMES** the Plaintiff NANCY CLINE, by and through her attorneys, FREEL & FREEL, P.C., by Timothy R. Freel, and does hereby Notify the Court and parties hereto that the portion of that 5 March 2004 Judgment entered in her favor in the above-captioned cause ($250,000.00) has been paid by Defendant's representatives, and is SATISFIED. This Notice has no bearing or effect on the said Plaintiff's pending Bill of Costs and request for an award of same as against Defendant.



Dated: 3 May 2004

FREEL & FREEL, P.C.
By Timothy R. Freel
Attorneys for Plaintiff NANCY CLINE

1

2

**NOTICE OF FILING/SERVICE**

I hereby certify that on this 3rd day of May, 2004, the foregoing *Notice of Satisfaction of Judgment* was electronically filed in the above-captioned cause, thereby constituting service upon all counsel entitled to same.



Timothy R. Freel, Esquire

2