IN THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NANCY J.CLINE, individually, and as Personal Representative of THE ESTATE OF GLEN H. CLINE, JR., Deceased, *et al*, | * |
| | * |
| Plaintiffs, | * |
| v | * |
| JOHN JAMES CHRISTY, *et al.*, | * |
| Defendants. | * |

Case No.: JKB–03–CV-529

**PLAINTIFF NANCY CLINE'S NOTICE OF SATISFACTION OF BILL OF COSTS**

**NOW COMES** the Plaintiff NANCY CLINE, by and through her attorneys, FREEL & FREEL, P.C., by Timothy R. Freel, and does hereby Notify the Court and parties hereto that Defendant's representatives have paid those $1,394.58 in costs allowed and Ordered by the Clerk of the Court on 18 May 2004.

All Judgments and Orders with respect to Plaintiffs Nancy and Josh Cline are satisfied, accordingly.

Dated: 7 June 2004

FREEL & FREEL, P.C.
By Timothy R. Freel
Attorneys for Plaintiff NANCY CLINE

1

2

**NOTICE OF FILING/SERVICE**

I hereby certify that on this 8th day of June, 2004, the foregoing *Notice of Satisfaction of Bill of Costs* was electronically filed in the above-captioned cause, thereby constituting service upon all counsel entitled to same.



_____
Timothy R. Freel, Esquire