## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

NANCY J. CLINE, Personal Representative of    *
THE ESTATE OF GLEN H. CLINE, JR.,
Deceased, et al    *

     Plaintiffs    *

v.    *

     CASE NUMBER: JFM-03-CV-529

JOHN JAMES CHRISTY    *
And
AGAPE HARVESTER CHURCH, INC.    *

     Defendants    *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER OF SATISFACTION

TO THE CLERK:

     Please enter the above captioned matter as "PAID, SETTLED AND SATISFIED".

_____
Lawrence E. Ballantine
Attorney for Defendant
One West Pennsylvania Ave. #500
Towson, Maryland 21204-5025
(410) 832-8012

_____
Leonard A. Orman
Attorney for Plaintiffs
26 South Street
Baltimore, Maryland 21202
(410) 962-0400