IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NANCY J. CLINE, Personal Representative of  *
THE ESTATE OF GLEN H. CLINE, JR.,
Deceased, et al                              *

    Plaintiffs                              *

v.                                           *

                                            CASE NUMBER: JFM-03-CV-529
JOHN JAMES CHRISTY                           *
And
AGAPE HARVESTER CHURCH, INC.                 *

    Defendants                              *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER OF SATISFACTION

TO THE CLERK:

Please enter the above captioned matter as "PAID, SETTLED AND SATISFIED".

_____            _____
Lawrence E. Ballantine               Leonard A. Orman
Attorney for Defendant               Attorney for Plaintiffs
One West Pennsylvania Ave. #500      26 South Street
Towson, Maryland 21204-5025          Baltimore, Maryland 21202
(410) 832-8012                       (410) 962-0400